J-A29035-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

GLORIA E. SCARNATI, : IN THE SUPERIOR COURT OF
: PENNSYLVANIA
Appellant :
:
v. :
:
LINDA WINTER AND CHARLES WINTER, :
JR., :
:
:
Appellees : No. 1954 WDA 2014

Appeal from the Order entered on November 14, 2014
in the Court of Common Pleas of Allegheny County,
Civil Division, No. GD-14-008457

BEFORE:  FORD ELLIOTT, P.J.E., BOWES and MUSMANNO, JJ.

JUDGMENT ORDER PER CURIAM:          **FILED OCTOBER 15, 2015**

Appellees' Motion to Dismiss is hereby granted, based upon the failure of Gloria E. Scarnati ("Scarnati") to comply with the trial court's Order to file a Pa.R.A.P. 1925(b) concise statement of matters complained of on appeal. ***See Greater Erie Indus. Dev. Corp. v. Presque Isle Downs, Inc.***, 88 A.3d 222, 227 (Pa. Super. 2014) (*en banc*) (deeming all issues waived where the appellant failed to timely file a Pa.R.A.P. 1925(b) concise statement).[1]

---

[1] Even if Scarnati had complied with Pa.R.A.P. 1925(b), we would dismiss her appeal.  Scarnati's brief fails to conform with the Pennsylvania Rules of Appellate Procedure, and the defects are substantial.  ***See*** Pa.R.A.P. 2101 (requiring briefs to conform "in all material respects" with the appellate rules, and providing that, "if the defects are in the brief or reproduced record

Appeal dismissed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 10/15/2015

---

of the appellant and are substantial, the appeal or other matter may be quashed or dismissed.").